IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| ALBERTA DANIELS, | ) | Case No.: 15-25027 |
| | ) | Hon. Judge GOLDGAR |
| Debtor. | ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

        JUDGE:    GOLDGAR
        ROOM:     642
        DATE:     May 21, 2019
        TIME:     10:30 AM

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before April 23, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  <u>April 23, 2019</u>        <u>/s/ Robert C. Bansfield Jr.</u>
                                              Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Alberta Daniels
5966 W. Superior, 1st Floor
Chicago, IL 60644

Capital Solution
180 N Washington Ste 300
Chicago, Il 60602

AmeriCredit Financial Services, Inc. dba GM Financ
P O Box 183853
Arlington, TX 76096

PEOPLES GAS LIGHT & COKE COMPANY
200 EAST RANDOLPH STREET
CHICAGO, ILLINOIS 60601

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Credit Union 1
450 E 22nd Street, Suite 250
Lombard, IL 60148

AmeriCash Loans, L.L.C.
P.O. Box 184
Des Plaines, IL 60016

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
Orig By: Premier Bankcard Mc

FIRST FINANCIAL INVESTMENT FUND HOLDINGS, LLC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 15-25027 |
| | ) | |
| **ALBERTA DANIELS,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: GOLDGAR |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, **ALBERTA DANIELS**, by and through her attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtor filed a petition for relief under Chapter 13 of Title 11 USC on July 23, 2015.

3) The current plan requires payments of $700.00, per month with General Unsecured Creditors receiving not less than 100% of allowed claims.

4) Debtor seeks to modify her plan under 11 U.S.C. § 1329, increase her monthly in order for her Chapter 13 plan to complete in 60 months, and repay the current default over the remaining span of the plan. This will increase the monthly payment to $775.00 per month.

5) Debtor will be able to afford the increase in her monthly payment because her pension income is higher than her income at the time of filing and her expenses have gone down.

6) The plan will complete within 60 months if the Debtor's motion is granted and unsecured creditors will still receive no less than 100% of their allowed claims.

7) Debtor requests the above relief without any intent to defraud her creditors.

WHEREFORE, the Debtor, ALBERTA DANIELS, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100